```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/10
```

09 CR 935 (RPP)

- against -

**OPINION AND ORDER**

SATISH KUMAR SHARMA,

```
                          Defendant.
------------------------------------------------------------X
```

**ROBERT P. PATTERSON, JR., U.S.D.J.**

On February 9, 2010, Defendant moved this court for an order: (1) directing the government to provide a bill of particulars; (2) suppressing identification evidence; (3) granting early disclosure of *Brady* and *Giglio* material; and (4) directing the government to provide notice of 404(b) evidence.

By letter dated February 17, 2010, Defendant withdrew his motion to suppress identification evidence. At oral argument on February 18, 2010, the remaining claims were decided. The government agreed to provide additional discovery to address the Defendant's motion for a bill of particulars. Tr. 15-16. The Court ordered the government to provide *Brady* material promptly upon discovery, and the Defendant withdrew his motion for early disclosure of *Brady* material. Tr. 16. The government was ordered to provide *Giglio* material for witnesses who had testified previously ten days prior to trial. Tr. 20. The government was also ordered to make any 404(b) motions at least two weeks before trial. Tr. 20. The motion is hereby terminated.

IT IS SO ORDERED.

Dated: New York, New York
March 12, 2010

_____

Robert P. Patterson, Jr.

U.S.D.J.

Copies of this order were faxed to:

**Edward A. McDonald**
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212)-698-3672
Fax: (212)-698-3599

**Jason Osborne Billy**
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
(212)-698-3533
Fax: (212)-314-0033

**Nola Breglio Heller**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2631
Fax: (212) 637-0084